**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-00361-MSK

ELBA VICTORIA PEREZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

The oral findings and conclusions made in open court by Chief Judge Marcia S. Krieger, on June 18, 2015, are incorporated herein by reference.  Consistent therewith it is

**ORDERED** that the Decision of the Commissioner is **REVERSED.**  This matter is **REMANDED** for further reconsideration by the administrative law judge in accordance with the oral findings of the Court.  Any request for costs or attorney fees shall be made within 21 days of the date of this judgment.

Dated at Denver, Colorado this 19th day of June, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover

Patricia Glover
Deputy Clerk